UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

SUNY CORPORATION OF
AMERICA, *et al.*,

Defendants.

CASE NO. 2:26-cv-00251-JHC-GJL

REPORT AND RECOMMENDATION

Noting Date: February 18, 2026

Plaintiff John Demos, Jr., a state prisoner, has filed a proposed civil rights Complaint. Dkt. 1. He has not paid the filing fee or properly sought leave to proceed *In Forma Pauperis* ("IFP"). *See id*. at 45–53. Regardless, the Court has reviewed the proposed Complaint and **RECOMMENDS** this case be **DISMISSED without prejudice**.

Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993). Bar orders of this Court provide that Plaintiff may submit only three IFP applications and proposed actions each year. *See In re John*

REPORT AND RECOMMENDATION - 1

*Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ["1992 Bar Order"]; *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982). The 1992 Bar Order further provides that this Court will not accept for filing a proposed complaint unless it "is accompanied by an affidavit that the claims have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims." 1992 Bar Order at 3. Additionally, under 28 U.S.C. § 1915(g), Plaintiff must demonstrate "imminent danger of serious physical injury" to proceed IFP because he has had numerous prior actions dismissed as frivolous, malicious, or for failure to state a claim. *See Demos v. Lehman*, MC99-113-JLW (W.D. Wash. Aug. 23, 1999).

Plaintiff may not proceed with this action. First, Plaintiff has not filed a proper IFP application. *See* Dkt. 1 at 45–53. Nevertheless, Plaintiff has already submitted nine other active IFP applications and proposed civil suits in January 2026. *See Demos v. The Government Accountability Office*, 2:26-cv-00235-RAJ-DWC (W.D. Wash. 2026); *Demos v. The Government Accountability Office*, 2:26-cv-00238-RSM (W.D. Wash. 2026); *Demos v. Cook, et al.*, 2:26-cv-00252-JHC-SKV (W.D. Wash. 2026); *Demos v. Delta Air Lines, Inc.*, 2:26-cv-00254-TL-SKV (W.D. Wash. 2026); *Demos v. The Blackstone Group*, 2:26-cv-00255-JCC-GJL (W.D. Wash. 2026); *Demos v. Conoco Philips Company, et al.*, 2:26-cv-00256-JHC (W.D. Wash. 2026); *Demos v. U.S. Bancorp, et al.*, 2:26-cv-00258-TMC (W.D. Wash. 2026); *Demos v. Cruise Lines Intl.*, 2:26-cv-00259-JNW-TLF (W.D. Wash. 2026); *Demos v. Seattle Police Department Cruisers*, 2:26-cv-00264-RAJ-TLF (W.D. Wash. 2026). This alone precludes Plaintiff from proceeding with this action.

In addition, Plaintiff has also failed to allege imminent harm or state a claim upon which relief can be granted. In the current proposed action, Plaintiff brings a federal whistleblower

REPORT AND RECOMMENDATION - 2

action, claiming that "I and the U.S. Government Are Siamese Twins, If The Government Catches A Cold I Sneeze," (Dkt. 1 at 8), and "seek[ing] to represent the U.S. in litigation." *Id*. at 41. Plaintiff accuses Defendants, private companies, of defrauding the federal government in numerous ways, (*id*. at 4–5), and at "various times, fluid as to time," (*id*. at 6), and in "innumerable places, covers a wide net of different and diverse locations [and] geographical areas." *Id*. Plaintiff does not, however, specify any actions that would give rise to the claims aside from conclusory allegations that Defendants acted improperly. *See generally* Dkt. 1. Plaintiff seeks thirty percent of whatever is awarded to the United States Attorney General. *Id*. at 42.

Plaintiff's proposed Complaint does not contain "a plausible allegation that [he] faced imminent danger of serious physical injury at the time of filing." *Andrews v. Cervantes*, 493 F.3d 1047 (9th Cir. 2007) (internal citations omitted). Further, the allegations in the proposed Complaint are conclusory and appear to be frivolous. Accordingly, the undersigned **RECOMMENDS** Plaintiff's proposed Complaint (Dkt. 1) be **DISMISSED without prejudice**, Plaintiff's request for IFP status (Dkt. 1 at 45–53) be **DENIED**, and this case be **CLOSED**. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **February 18, 2026**.

REPORT AND RECOMMENDATION - 3

The Clerk is directed to send copies of this Report and Recommendation to the parties and to the Honorable John H. Chun.

Dated this 28th day of January, 2026.

Grady J. Leupold
United States Magistrate Judge

REPORT AND RECOMMENDATION - 4