UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

SUNY CORPORATION OF AMERICA, *et al.,*

Defendants.

CASE NO. 2:26-cv-00251-JHC-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge Grady J. Leupold (Dkt. # 2), the objections to the Report and Recommendation (Dkt. # 3) and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's proposed Complaint (Dkt. # 1) is DISMISSED, Plaintiff's request to proceed *In Forma Pauperis* (Dkt. # 1 at 45–53) is DENIED, and this case is closed.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 19th day of February, 2026.

JOHN H. CHUN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1